IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kei & Chris LLC,

    Plaintiff,

v.

The Individuals, *et al.*,

    Defendants.

Case No. 25-cv-10281

Judge Charles P. Kocoras

### (UNOPPOSED) DEFENDANT'S MOTION TO SET BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION

Defendant Kuyoumery ("Defendant") submits the following unopposed Motion to Set a Briefing Schedule to challenge Plaintiff's Preliminary Injunction Motion, and states as follows:

1. On August 27, 2025, Plaintiff filed its complaint against certain individuals and entities, alleging, *inter alia*, copyright infringement. Doc. 1.

2. On September 2, 2025, Plaintiff moved for a temporary restraining order ("TRO"). Doc. 9. The Court entered a sealed TRO on September 4, 2025, and extended the TRO to October 2, 2025. Docs. 13 & 18.

3. Plaintiff filed a motion for preliminary injunction on October 2, 2025. Doc. 23.

4. Defendant did not receive notice of this lawsuit and Plaintiff's motion for preliminary injunction until October 2, 2025.

5. The Defendant requests a briefing schedule to present its opposition to the injunctive relief.

6. The Plaintiff and Defendant have agreed to propose the following briefing schedule:

• Defendant's Response Due: October 24, 2025.

• Plaintiff's Reply Due: October 31, 2025.

WHEREFORE, the Defendant requests the Court enter an Order setting a briefing schedule for Defendant's challenge to Plaintiff's Preliminary Injunction Motion of October 24 (response) and October 31 (reply).

October 16, 2025					Respectfully submitted,

					/s/ Christopher Keleher

					Christopher Keleher
					The Keleher Appellate Law Group
					1 East Erie St., Ste. 525
					Chicago, IL 60611
					312-448-8491
					ckeleher@appellatelawgroup.com
					*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 16, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law
Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com