# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

KEI & CHRIS LLC

                        Plaintiff,

v.                                                 Case No.: 1:25−cv−10281

                                                            Honorable Charles P. Kocoras

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant Kuyoumery to set a briefing schedule [33] is granted. The response is due on 10/24/2025; the reply is due on 10/31/2025. The Court will rule by mail. Presentment hearing scheduled on 10/21/2025 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.