**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEI & CHRIS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 25-cv-10281 |
| v. ) | |
| ) | |
| THE INDIVIDUALS, ) | Judge Charles P. Kocoras |
| CORPORATIONS, LIMITED ) | |
| LIABILITY COMPANIES, ) | Magistrate Judge Young B. Kim |
| AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON ) | |
| SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Kei & Chris LLC, hereby voluntarily dismisses this action with prejudice as to the following defendants:

| Defendant No. | Defendant Name / Alias |
|---|---|
| 16 | HengYiSMao |
| 24 | Bert jenny |
| 25 | Bilamkes |
| 34 | Consmail Shop |
| 37 | JINGshanzhud |
| 46 | DaJuDaLiStore |
| 52 | FANJUNYING |
| 55 | Folou |

| | |
|---|---|
| 59 | GANRUI |
| 65 | Hodeframe |
| 67 | Huaaabb |
| 95 | LGW Store |
| 96 | Liebemode- |
| 102 | LUCYK MAN |
| 109 | Morobor US |
| 117 | Zhoukoulinxin |

Respectfully submitted,
KEI & CHRIS LLC

Date: October 29, 2025    By: _____
Mary Catherine Merz
Yan Zong
MERZ & ASSOCIATES, P.C.
408 Madison Street, Suite A
Oak Park, Illinois 60302
(708) 383-8801 (phone)
mmerz@merz-law.com
yzong@merz-law.com
litigation@merz-law.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record this October 29, 2025.

                By: /s/Yan Zong
                    Yan Zong