IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEI & CHRIS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-10281 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, | ) | Judge Charles P. Kocoras |
| CORPORATIONS, LIMITED | ) | |
| LIABILITY COMPANIES, | ) | Magistrate Judge Young B. Kim |
| AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Kei & Chris LLC, hereby voluntarily dismisses this action with prejudice as to Defendant Kuyoumery (Defendant No. 92). As a result, the briefing schedule set by the Court [Doc. No. 35] for this Defendant to respond to Plaintiff's Preliminary Injunction Motion is no longer applicable.

Defendant has not filed a response to Plaintiff's Motion for Preliminary Injunction or an answer to the complaint in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate. Each party shall bear its own attorney's fees and costs.

          Respectfully submitted,
          KEI & CHRIS LLC

Date: October 31, 2025     By: _____
          Mary Catherine Merz
          Yan Zong
          MERZ & ASSOCIATES, P.C.
          408 Madison Street, Suite A
          Oak Park, Illinois 60302
          (708) 383-8801 (phone)
          mmerz@merz-law.com
          yzong@merz-law.com
          litigation@merz-law.com

          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record this October 31, 2025.

                                                    By: /s/Yan Zong  
                                                          Yan Zong