IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC, | ) |
|    Plaintiff, | ) ) ) ) Case No. 25-cv-10281 |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) ) Judge Charles P. Kocoras<br><br>Magistrate Judge Young B. Kim |
|    Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Kei & Chris LLC, hereby voluntarily dismisses this action with prejudice as to the following defendants:

| Defendant No. | Defendant Name / Alias |
|---|---|
| 5 | Coomta |
| 30 | chuangxinweilai |
| 31 | CNLOTUS |
| 50 | Exquhope |
| 81 | Starrys Sky |
| 88 | T.BESTAGE |
| 104 | MaehSab |

1

                                                Respectfully submitted,
                                                KEI & CHRIS LLC

Date: November 3, 2025        By: _____

                                                Mary Catherine Merz
                                               Yan Zong
                                               MERZ & ASSOCIATES, P.C.
                                               408 Madison Street, Suite A
                                               Oak Park, Illinois 60302
                                               (708) 383-8801 (phone)
                                               mmerz@merz-law.com
                                               yzong@merz-law.com
                                               litigation@merz-law.com

                                               Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record this November 3, 2025.

                                                          By: /s/Yan Zong
                                                                 Yan Zong