# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 25-cv-10281 |
| v. | ) |
| | ) |
| THE INDIVIDUALS, | ) Judge Charles P. Kocoras |
| CORPORATIONS, LIMITED | ) |
| LIABILITY COMPANIES | ) Magistrate Judge Young B. Kim |
| AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Kei & Chris LLC (hereafter "Plaintiff") against the defendants identified on Schedule A, and using the internet store accounts identified on Schedule A, and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on amended Schedule A attached hereto and Exhibit 1 attached to Plaintiff's Motion for Default, who have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from Amazon Payments, Inc. ("Amazon"), being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating the fully interactive internet stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and offering for sale and have sold products using reproductions or derivative versions of Plaintiff's federally registered copyrighted work ("Plaintiff's Registered Work") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defaulting Defendant's internet store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using reproductions or derivative versions of Plaintiff's Registered Work without permission. (See Docket No. 10-1 – 10-5, which includes screenshot evidence confirming that each Defaulting Defendant's internet store does stand ready, be willing and able to ship and/or has shipped its infringing goods to customers in Illinois bearing infringing versions of Plaintiff's Registered Work.)

An example of Plaintiff's Registered Work, registered August 5, 2024, under registration number VA 2-416-403, entitled "Go Wide", can be seen below:



This Court further finds that Defaulting Defendants are liable for copyright infringement (17 U.S.C. § 504(c)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows: that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiff's Registered Copyright or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with Plaintiff's Registered Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other products approved by Plaintiff for using Plaintiff's Registered Work; and

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not authorized by Plaintiff to be sold or offered for sale, which display or use any of Plaintiff's works, including Plaintiff's Registered Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of Defaulting Defendants, or in connection with any of Defaulting Defendants' internet stores, including, without limitation, Amazon.com and Paypal Inc. ("Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:
    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the internet store accounts, or any other internet store account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using Plaintiff's Registered Work; and
    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using or displaying Plaintiff's Registered Work, or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with Plaintiff's Registered Work.
3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using Plaintiff's Registered Work.
4. Pursuant to 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of Defaulting Defendants identified as copyright infringers in Exhibit 1 in the amount of fifteen thousand dollars ($15,000) for copyright infringement of Plaintiff's Registered Copyright. This award shall apply to each distinct Defaulting Defendant only once.
5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon Pay, and others, within seven (7) calendar days of receipt of this Order, shall permanently restrain

and enjoin any accounts connected to Defaulting Defendants or Defaulting Defendant internet stores from transferring or disposing of any funds (up to the statutory and other damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory and other damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon Pay, and others, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Amazon Pay, and others, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollars ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Merz & Associates, P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: 1/26/2026

*Charles P. Kocoras*

Judge Charles P. Kocoras
United States District Judge

# AMENDED SCHEDULE A

| No. | Defendant Name / Alias | Defendants Online Marketplace |
|---|---|---|
| 1 | Aojitech | www.amazon.com/sp?ie=UTF8&seller=A2XIHA53ZWETKD |
| 2 | Bebehahashop | www.amazon.com/sp?ie=UTF8&seller=A3IIGACL1ZADE0 |
| 3 | | Dismissed |
| 4 | | Dismissed |
| 5 | | Dismissed |
| 6 | | Dismissed |
| 7 | Dehenkal | www.amazon.com/sp?ie=UTF8&seller=A3892MGT2J81KS |
| 8 | | Dismissed |
| 9 | | Dismissed |
| 10 | | Dismissed |
| 11 | Euzbcv | www.amazon.com/sp?ie=UTF8&seller=A2GIKUW975ZUG3 |
| 12 | | Dismissed |
| 13 | | Dismissed |
| 14 | | Dismissed |
| 15 | | Dismissed |
| 16 | | Dismissed |
| 17 | HMYSM | www.amazon.com/sp?ie=UTF8&seller=A2VES51R6KJMRX |
| 18 | | Dismissed |
| 19 | | Dismissed |
| 20 | | Dismissed |
| 21 | | Dismissed |
| 22 | Annberthxx | www.amazon.com/sp?ie=UTF8&seller=A1IBL2N0YMN64W |
| 23 | AOTYLY-US | www.amazon.com/sp?ie=UTF8&seller=A58HNT95PB98O |
| 24 | | Dismissed |
| 25 | | Dismissed |
| 26 | | Dismissed |
| 27 | | Dismissed |
| 28 | CELLY LIFE | www.amazon.com/sp?ie=UTF8&seller=A3RSZY5G5ORE6C |
| 29 | | Dismissed |
| 30 | | Dismissed |
| 31 | | Dismissed |
| 32 | | Dismissed |
| 33 | Coney | www.amazon.com/sp?ie=UTF8&seller=A27KOYNB28W4PF |
| 34 | | Dismissed |
| 35 | Custom & Love | www.amazon.com/sp?ie=UTF8&seller=A2YMFR5UEG4HQX |
| 36 | | Dismissed |
| 37 | | Dismissed |
| 38 | | Dismissed |
| 39 | JY & YS | www.amazon.com/sp?ie=UTF8&seller=A2TL03TXQQKGCY |
| 40 | | Dismissed |
| 41 | | Dismissed |
| 42 | | Dismissed |
| 43 | | Dismissed |
| 44 | Luxebug | www.amazon.com/sp?ie=UTF8&seller=A1EJ5MUWPHCKQX |
| 45 | | Dismissed |
| 46 | | Dismissed |

| 47 | dealimpacts | www.amazon.com/sp?ie=UTF8&seller=AULM7EGE83HWH |
|---|---|---|
| 48 | | Dismissed |
| 49 | DuXuu | www.amazon.com/sp?ie=UTF8&seller=A3IH6DYVOAQIFX |
| 50 | | Dismissed |
| 51 | FACH-跟卖必严惩 | www.amazon.com/sp?ie=UTF8&seller=AEC7FU4HEWMGO |
| 52 | | Dismissed |
| 53 | Fascigirl Direct | www.amazon.com/sp?ie=UTF8&seller=A2LP1JKLVB39LN |
| 54 | | Dismissed |
| 55 | | Dismissed |
| 56 | | Dismissed |
| 57 | Forest【7-21Days Delivered To You】 | www.amazon.com/sp?ie=UTF8&seller=ATH0CQNBAS322 |
| 58 | Fuhomeus | www.amazon.com/sp?ie=UTF8&seller=A338BD4RST1RI6 |
| 59 | | Dismissed |
| 60 | | Dismissed |
| 61 | | Dismissed |
| 62 | GOTOYISUN | www.amazon.com/sp?ie=UTF8&seller=A2FQPJO8B3FX9H |
| 63 | Hello! affordable supermarket | www.amazon.com/sp?ie=UTF8&seller=A20WPA2DPSJJPL |
| 64 | | Dismissed |
| 65 | | Dismissed |
| 66 | | Dismissed |
| 67 | | Dismissed |
| 68 | | Dismissed |
| 69 | JHS-Tech | www.amazon.com/sp?ie=UTF8&seller=A1NPD3Y6U9IJ2E |
| 70 | | Dismissed |
| 71 | | Dismissed |
| 72 | | Dismissed |
| 73 | | Dismissed |
| 74 | ouyaer JIN | www.amazon.com/sp?ie=UTF8&seller=A1E3FUF59XG2V3 |
| 75 | Pasamer | www.amazon.com/sp?ie=UTF8&seller=A2AS3OX7U8V5ZD |
| 76 | | Dismissed |
| 77 | | Dismissed |
| 78 | | Dismissed |
| 79 | | Dismissed |
| 80 | SongQiN | www.amazon.com/sp?ie=UTF8&seller=A1RNXB7E4S48B1 |
| 81 | | Dismissed |
| 82 | | Dismissed |
| 83 | | Dismissed |
| 84 | | Dismissed |
| 85 | | Dismissed |
| 86 | | Dismissed |
| 87 | | Dismissed |
| 88 | | Dismissed |
| 89 | | Dismissed |
| 90 | TONGJI-US | www.amazon.com/sp?ie=UTF8&seller=A1F3PNRL9228Y4 |
| 91 | Jixinggaozhaodeal | www.amazon.com/sp?ie=UTF8&seller=A30RO0TXXU6W85 |
| 92 | | Dismissed |
| 93 | | Dismissed |

| No. | Defendant Name / Alias | Defendants Online Marketplace |
|---|---|---|
| 94 | Lazy bear | www.amazon.com/sp?ie=UTF8&seller=A29WWZ14WZDFJW |
| 95 | | Dismissed |
| 96 | | Dismissed |
| 97 | LIFRTRIBE | www.amazon.com/sp?ie=UTF8&seller=A28ML80QYS5VLM |
| 98 | Light Chaser US | www.amazon.com/sp?ie=UTF8&seller=A21AJ9NBP999XM |
| 99 | LIHAIXIALL | www.amazon.com/sp?ie=UTF8&seller=A259LT3A941O5W |
| 100 | | Dismissed |
| 101 | | Dismissed |
| 102 | | Dismissed |
| 103 | Lvxdocw | www.amazon.com/sp?ie=UTF8&seller=A1Q7VR2BCKYZS |
| 104 | | Dismissed |
| 105 | | Dismissed |
| 106 | mayace | www.amazon.com/sp?ie=UTF8&seller=AQCQBR98WATR5 |
| 107 | MDcG | www.amazon.com/sp?ie=UTF8&seller=A3OA54LOR5286P |
| 108 | Modern Homing Direct | www.amazon.com/sp?ie=UTF8&seller=AMOM4EGK1QSH4 |
| 109 | | Dismissed |
| 110 | mu cheng shang | www.amazon.com/sp?ie=UTF8&seller=AAPFC1WCBBLRE |
| 111 | | Dismissed |
| 112 | | Dismissed |
| 113 | | Dismissed |
| 114 | | Dismissed |
| 115 | Yixingdz | www.amazon.com/sp?ie=UTF8&seller= ARMDRSCXPDG02 |
| 116 | | Dismissed |
| 117 | | Dismissed |
| 118 | | Dismissed |
| 119 | | Dismissed |
| 120 | | Dismissed |
| No. | Defendant Name / Alias | Defendants Online Marketplace |
| 1 | Aojitech | www.amazon.com/sp?ie=UTF8&seller=A2XIHA53ZWETKD |
| 2 | Bebehahashop | www.amazon.com/sp?ie=UTF8&seller=A3IIGACL1ZADE0 |
| 3 | | Dismissed |
| 4 | | Dismissed |
| 5 | | Dismissed |
| 6 | | Dismissed |
| 7 | Dehenkal | www.amazon.com/sp?ie=UTF8&seller=A3892MGT2J81KS |
| 8 | | Dismissed |
| 9 | | Dismissed |
| 10 | | Dismissed |
| 11 | Euzbcv | www.amazon.com/sp?ie=UTF8&seller=A2GIKUW975ZUG3 |
| 12 | | Dismissed |
| 13 | | Dismissed |
| 14 | | Dismissed |
| 15 | | Dismissed |
| 16 | | Dismissed |
| 17 | HMYSM | www.amazon.com/sp?ie=UTF8&seller=A2VES51R6KJMRX |
| 18 | | Dismissed |
| 19 | | Dismissed |
| 20 | | Dismissed |

| | | |
|---|---|---|
| 21 | | Dismissed |
| 22 | Annberthxx | www.amazon.com/sp?ie=UTF8&seller=A1IBL2N0YMN64W |
| 23 | AOTYLY-US | www.amazon.com/sp?ie=UTF8&seller=A58HNT95PB98O |
| 24 | | Dismissed |
| 25 | | Dismissed |
| 26 | | Dismissed |
| 27 | | Dismissed |
| 28 | CELLY LIFE | www.amazon.com/sp?ie=UTF8&seller=A3RSZY5G5ORE6C |
| 29 | | Dismissed |
| 30 | | Dismissed |
| 31 | | Dismissed |
| 32 | | Dismissed |
| 33 | Coney | www.amazon.com/sp?ie=UTF8&seller=A27KOYNB28W4PF |
| 34 | | Dismissed |
| 35 | Custom & Love | www.amazon.com/sp?ie=UTF8&seller=A2YMFR5UEG4HQX |
| 36 | | Dismissed |
| 37 | | Dismissed |
| 38 | | Dismissed |
| 39 | JY & YS | www.amazon.com/sp?ie=UTF8&seller=A2TL03TXQQKGCY |
| 40 | | Dismissed |
| 41 | | Dismissed |
| 42 | | Dismissed |
| 43 | | Dismissed |
| 44 | Luxebug | www.amazon.com/sp?ie=UTF8&seller=A1EJ5MUWPHCKQX |
| 45 | | Dismissed |
| 46 | | Dismissed |
| 47 | dealimpacts | www.amazon.com/sp?ie=UTF8&seller=AULM7EGE83HWH |
| 48 | | Dismissed |
| 49 | DuXuu | www.amazon.com/sp?ie=UTF8&seller=A3IH6DYVOAQIFX |
| 50 | | Dismissed |
| 51 | FACH-跟卖必严惩 | www.amazon.com/sp?ie=UTF8&seller=AEC7FU4HEWMGO |
| 52 | | Dismissed |
| 53 | Fascigirl Direct | www.amazon.com/sp?ie=UTF8&seller=A2LP1JKLVB39LN |
| 54 | | Dismissed |
| 55 | | Dismissed |
| 56 | | Dismissed |
| 57 | Forest【7-21Days Delivered To You】 | www.amazon.com/sp?ie=UTF8&seller=ATH0CQNBAS322 |
| 58 | Fuhomeus | www.amazon.com/sp?ie=UTF8&seller=A338BD4RST1RI6 |
| 59 | | Dismissed |
| 60 | | Dismissed |
| 61 | | Dismissed |
| 62 | GOTOYISUN | www.amazon.com/sp?ie=UTF8&seller=A2FQPJO8B3FX9H |
| 63 | Hello! affordable supermarket | www.amazon.com/sp?ie=UTF8&seller=A20WPA2DPSJJPL |
| 64 | | Dismissed |
| 65 | | Dismissed |
| 66 | | Dismissed |
| 67 | | Dismissed |

| | | |
|---|---|---|
| 68 | | Dismissed |
| 69 | JHS-Tech | www.amazon.com/sp?ie=UTF8&seller=A1NPD3Y6U9IJ2E |
| 70 | | Dismissed |
| 71 | | Dismissed |
| 72 | | Dismissed |
| 73 | | Dismissed |
| 74 | ouyaer JIN | www.amazon.com/sp?ie=UTF8&seller=A1E3FUF59XG2V3 |
| 75 | Pasamer | www.amazon.com/sp?ie=UTF8&seller=A2AS3OX7U8V5ZD |
| 76 | | Dismissed |
| 77 | | Dismissed |
| 78 | | Dismissed |
| 79 | | Dismissed |
| 80 | SongQiN | www.amazon.com/sp?ie=UTF8&seller=A1RNXB7E4S48B1 |
| 81 | | Dismissed |
| 82 | | Dismissed |
| 83 | | Dismissed |
| 84 | | Dismissed |
| 85 | | Dismissed |
| 86 | | Dismissed |
| 87 | | Dismissed |
| 88 | | Dismissed |
| 89 | | Dismissed |
| 90 | TONGJI-US | www.amazon.com/sp?ie=UTF8&seller=A1F3PNRL9228Y4 |
| 91 | Jixinggaozhaodeal | www.amazon.com/sp?ie=UTF8&seller=A30RO0TXXU6W85 |
| 92 | | Dismissed |
| 93 | | Dismissed |
| 94 | Lazy bear | www.amazon.com/sp?ie=UTF8&seller=A29WWZ14WZDFJW |
| 95 | | Dismissed |
| 96 | | Dismissed |
| 97 | LIFRTRIBE | www.amazon.com/sp?ie=UTF8&seller=A28ML80QYS5VLM |
| 98 | Light Chaser US | www.amazon.com/sp?ie=UTF8&seller=A21AJ9NBP999XM |
| 99 | LIHAIXIALL | www.amazon.com/sp?ie=UTF8&seller=A259LT3A941O5W |
| 100 | | Dismissed |
| 101 | | Dismissed |
| 102 | | Dismissed |
| 103 | Lvxdocw | www.amazon.com/sp?ie=UTF8&seller=A1Q7VR2BCKYZS |
| 104 | | Dismissed |
| 105 | | Dismissed |
| 106 | mayace | www.amazon.com/sp?ie=UTF8&seller=AQCQBR98WATR5 |
| 107 | MDcG | www.amazon.com/sp?ie=UTF8&seller=A3OA54LOR5286P |
| 108 | Modern Homing Direct | www.amazon.com/sp?ie=UTF8&seller=AMOM4EGK1QSH4 |
| 109 | | Dismissed |
| 110 | mu cheng shang | www.amazon.com/sp?ie=UTF8&seller=AAPFC1WCBBLRE |
| 111 | | Dismissed |
| 112 | | Dismissed |
| 113 | | Dismissed |
| 114 | | Dismissed |
| 115 | Yixingdz | www.amazon.com/sp?ie=UTF8&seller= ARMDRSCXPDG02 |
| 116 | | Dismissed |

| 117 | Dismissed |
|-----|-----------|
| 118 | Dismissed |
| 119 | Dismissed |
| 120 | Dismissed |